Steve THREADWELL v. STATE. (No. 8543.) (Court of Criminal Appeals of Texas. April 30, 1924.) Appeal from District Court, Rusk County; Chas. L. Brachfield, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment appears regular. Nothing is brought forward for review by bill of exceptions or statement of facts. The judgment is affirmed.

---

John WILSON v. STATE. (No. 8133.) (Court of Criminal Appeals of Texas. May 7, 1924.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of San Jacinto county of selling intoxicating liquor, and his punishment fixed at two years in the penitentiary. The record is devoid of bills of exception. The testimony of the state amply supports the conclusion of guilt. The indictment and charge of the court are in conformity with the law. No error appearing, an affirmance will be ordered.

---

W. B. EADY et al., Appellants, v. A. M. WEDDINGTON, Appellee. (No. 7145.) (Court of Civil Appeals of Texas. San Antonio. April 23, 1924. Rehearing Denied May 22, 1924.) Appeal from Tarrant County Court for Civil Cases; H. O. Gossett, Judge. William F. Young, of Fort Worth, for appellants. Sawyers & Ambrose, of Fort Worth, for appellee.

COBBS, J. This suit was filed by appellee in the justice court of Tarrant county, on March 15, 1921, against appellant W. B. Eady for the possession of a cow; in the alternative for the value of the cow. Appellant Stephenson, who had sold the cow claimed by appellee to appellant Eady, voluntarily entered his appearance in the justice court and joined appellant W. B. Eady in the defense of the suit. The trial in the justice court resulted in a judgment in favor of appellee, A. M. Weddington, against W. B. Eady, and said Eady recovered judgment over and against V. R. Stephenson. Appellant V. R. Stephenson appealed to the county court from that judgment, where it was again tried with a jury upon special issues submitted by the court, which findings of the jury being favorable to appellee, the court entered judgment in favor of appellee for the possession of the cow, and, in case she is not found, then to recover of W. B. Eady and his sureties on his appeal bond $75, and judgment in favor of W. B. Eady for $75 against V. R. Stephenson and all costs of the justice court. While the record is large, and the briefing elaborate on the part of counsel, we are satisfied the evidence supports the verdict, and that the case has been fairly tried, and substantial justice secured. No new trial would possibly change the result of this case. The judgment is affirmed.